In the Matter of MAHMOOD YOONESSI, Appellant, v MERRYL H. TISCH et al., Respondents.

Decided January 9, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

[4 NE3d 370, 981 NYS2d 358]

ESTHER YORK, Appellant, v JOSEPH YORK, Respondent.

Decided January 14, 2014

1052

APPEARANCES OF COUNSEL

*Newman & Greenberg*, New York City (*Richard A. Greenberg, William J. Dobie* and *Gustave H. Newman* of counsel), for appellant.

*Snitow Kanfer Holtzer & Millus, LLP*, New York City (*Franklyn H. Snitow* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and the certified question answered in the affirmative. The order below was not an abuse of discretion.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.